UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

SIMON GOGOLACK,

                Defendant.

_____

23-CR-99-JLS-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated June 28, 2024 |
| **RELIEF REQUESTED:** | Adjournment of Oral Argument Date |
| **DATED:** | Buffalo, New York, June 28, 2024 |

**/s/  Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant*

**TO:**    Joseph Tripi, *et al.*
          Assistant United States Attorneys
          Western District of New York
          138 Delaware Avenue, Federal Centre
          Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,　　　　　　　　　　　　23-CR-99-JLS-JJM

      v.

                                                                             **AFFIRMATION**

SIMON GOGOLACK,

            Defendant.
_____

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1.      I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

2.      There are several motions currently outstanding. This Court scheduled an oral argument on these motions on July 11, 2024. I am out of town that date and therefore respectfully request an adjournment until the week of July 22, 2024.

3.      I have contacted the other defense attorneys in this case, and none have raised an objection to this adjournment.

4.      Mr. Moscato reported that he is unavailable in the morning on July 24 and the afternoon on July 25.

5.      Mr. Henry reported that he is unavailable from noon to 1PM on July 23, and 9:30 AM on July 24.

6.      I acknowledge that time under the Speedy Trial Act should be excluded from July 11, up to the new date selected during the week of July 22, for purposes of continuity of counsel and in the interests of justice.

7.      The government objects to the requested adjournment.

**DATED**:	Buffalo, New York, June 28, 2024

Respectfully submitted,

**/s/  Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant*

**TO:**	Joseph Tripi, *et al.*
Assistant United States Attorneys
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202