UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                                  **23-CR-99-LJV-JJM**

             v.

                                        **AFFIRMATION**

SIMON GOGOLACK, ET AL.,

             Defendant.

_____

      **Jeffrey T. Bagley,** affirms under penalty of perjury that:

      1.      I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

      2.      The parties have reached a tentative agreement on providing access to our client. Because the defense has not yet met with Mr. Gogolack under the newly agreed upon parameters, we cannot deem the motion [Dkt # 373] entirely moot as this time. However, the defense is moving to hold the motion in abeyance at this time. We plan to meet with Mr. Gogolack later this week and can update the Court on Friday, April 4, 2025.

      **DATED**:           Buffalo, New York, April 1, 2025

                                    Respectfully submitted,

                                    **/s/  Jeffrey T. Bagley**
                                    Jeffrey T. Bagley
                                    Assistant Federal Public Defender
                                    Federal Public Defender's Office
                                    300 Pearl Street, Suite 200
                                    Buffalo, New York 14202
                                    (716) 551-3341, (716) 551-3346 (Fax)
                                    *Counsel for Defendant Simon Gogolack*

**TO:** Casey L. Chalbeck, *et al.*
     Assistant United States Attorney