UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA,

        v.

SIMON GOGOLACK,

        Defendant.

23-CR-99-LJV-JJM

NOTICE OF MOTION

───────────────────────────────

| | |
|---|---|
| **MOTION BY:** | John J. Morrissey, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the submitted papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender John J. Morrissey, dated July 7, 2025 |
| **RELIEF REQUESTED:** | Hold in abeyance the deadline to file a response to the government's appeal (Dkt. 443) |
| **DATED:** | Buffalo, New York, July 7, 2025 |

        **/s/ John J. Morrissey**
        John J. Morrissey
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        John_Morrissey@fd.org
        *Counsel for Defendant*

**TO:** Casey Chalbeck, Nicholas Cooper, and Joseph Tripi
     Assistant United States Attorneys
     Western District of New York
     138 Delaware Avenue, Federal Centre
     Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-CR-99-LJV-JJM |
| v. | |
| | **AFFIRMATION** |
| SIMON GOGOLACK, | |
| Defendant. | |

_____

**JOHN J. MORRISSEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

2. The government appealed Judge McCarthy's order requiring production of the grand jury minutes. Dkt. 443. The defense deadline to respond is July 7, 2025. Dkts. 458, 460.

3. Defense counsel filed a motion to withdraw because they believe that they have a conflict of interest that requires withdrawing from the case. Dkt. 462

4. Mr. Gogolack requests that the Court hold his July 7, 2025 deadline in abeyance until a date in which conflict-free counsel can submit the response.

**WHEREFORE**, Mr. Gogolack requests that the Court Cold in abeyance the response deadline the government's appeal of Judge McCarthy's order authorizing in camera review of the grand jury minutes/

**DATED**:	Buffalo, New York, July 7, 2025

Respectfully submitted,

**/s/  John J. Morrissey**

>John J. Morrissey
>Assistant Federal Public Defender
>Federal Public Defender's Office
>300 Pearl Street, Suite 200
>Buffalo, New York 14202
>(716) 551-3341, (716) 551-3346 (Fax)
>John_Morrissey@fd.org
>*Counsel for Defendant*

**TO:** Casey Chalbeck, Nicholas Cooper, and Joseph Tripi
Assistant United States Attorneys
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202