UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                                                 **NOTICE OF MOTION**
                                                 **TO WITHDRAW**

v.

**SIMON GOGOLACK**

                      Defendant                   23-CR-99

_____

       PLEASE TAKE NOTICE that, upon the annexed affirmation of John M. Ange, a motion will be made at Federal District Court, Western District of New York, before Hon. Lawrence Vilardo, United States District Court Judge, at 2 Niagara Square, Buffalo, New York, on a day and time the Court shall set, for an Order:

1. **<u>Permitting counsel to withdraw as counsel for the defendant</u>**: Permitting counsel to withdraw as counsel for the defendant on the grounds set out in the attached affirmation and appointing new counsel to represent the defendant.

                                                 /s/ **John M. Ange**
                                                 John M. Ange
                                                 *Attorney for Simon Gogolack*
                                                 Convention Towers
                                                 43 Court Street
                                                 Suite 610
                                                 Buffalo, New York 14202
                                                 (716) 430-3203 [mobile]
                                                 johnange112@outlook.com

TO:    **Hon. Lawrence Vilardo**
          United States District Court Judge
          Federal District Court
          Western District of New York

          **Casey Chalbeck**
          Assistant United States Attorney
          138 Delaware Avenue, Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      v.                                                **CERTIFICATE OF SERVICE**

**SIMON GOGOLACK**                                  23-CR-99
                Defendant
_____

(A)    I hereby certify that on July 16, 2025, I electronically filed this **DEFENDANT'S MOTION TO WITHDRAW (Notice of Motion only)** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following participants in this case:

1)    Casey Chalbeck, Assistant United States Attorney

(B)    I hereby certify that on July 16, 2025, I personally served this **DEFENDANT'S MOTION TO WITHDRAW (Un-redacted)** on the offices of the following participants in this case:

1)    Casey Chalbeck, Assistant United States Attorney

                                                    /s/ **John M. Ange**
                                                    John M. Ange
                                                    *Attorney for Simon Gogolack*
                                                    Convention Towers
                                                    43 Court Street
                                                    Suite 610
                                                    Buffalo, New York 14202
                                                    (716) 430-3203 [mobile]
                                                    johnange112@outlook.com