UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                                                **NOTICE OF MOTION**
                                                **TO FILE UNDER SEAL:**
                                                **Defendant's Motion**
v.                                                 **To Withdraw**

**SIMON GOGOLACK**

                        Defendant                    <u>23-CR-99</u>
_____

PLEASE TAKE NOTICE, that upon the attached Affirmation of John M. Ange, attorney for Defendant Simon Gogolack, the defense now moves **Hon. Lawrence J. Vilardo,** District Judge, for an Order:

1. **<u>Sealing Defendant's Motion to Withdraw</u>:** Sealing Defendant's Motion to Withdraw, for the reasons set forth in the Supporting Affidavit submitted to chambers.

                                                   /s/ **John M. Ange**
                                                   John M. Ange
                                                   *Attorney for Simon Gogolack*
                                                   Convention Towers
                                                   43 Court Street
                                                   Suite 610
                                                   Buffalo, New York 14202
                                                   (716) 430-3203 [mobile]
                                                   johnange112@outlook.com

To**:**    **Hon. Lawrence J. Vilardo**
          District Court Judge
          Western District of New York
          2 Niagara Square, Buffalo, New York 14202

          **Casey Chalbeck**
          United States Attorney's Office
          138 Delaware Avenue, Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                                           **ATTORNEY'S AFFIRMATION IN SUPPORT OF MOTION TO FILE UNDER SEAL: Defendant's Motion**

v.                                           **To Withdraw**

**SIMON GOGOLACK**

                      Defendant                   23-CR-99
_____

      John M. Ange, Esq., an attorney duly licensed to practice in the United States District Court, Western District of New York, affirms:

1. I represent the Defendant, Simon Gogolack.

2. I seek an order sealing the defendant counsel's Motion to Withdraw, an un-redacted hard copy of which has been served or will be served on the Court and counsel, for the reasons set forth in the submitted Sealing Affidavit, a hard copy of which has been served or will be served on the Court and counsel.

WHEREFORE, the defense seeks the relief set out in the attached NOTICE OF MOTION.

Dated: July 16, 2025
      Buffalo, New York

                                                /s/ **John M. Ange**
                                                John M. Ange
                                                *Attorney for Simon Gogolack*
                                                Convention Towers
                                                43 Court Street
                                                Suite 610
                                                Buffalo, New York 14202
                                                (716) 430-3203 [mobile]
                                                johnange112@outlook.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      v.                                                      **CERTIFICATE OF SERVICE**

**SIMON GOGOLACK**                                        23-CR-99
                     Defendant
_____

I hereby certify that on July 16, 2025, I electronically filed this **MOTION TO FILE DEFENDANT'S MOTION TO WITHDRAW UNDER SEAL** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following participants in this case:

1)    **Casey Chalbeck**, Assistant United States Attorney

                                                                   /s/ **John M. Ange**
                                                                   John M. Ange
                                                                   *Attorney for Simon Gogolack*
                                                                   Convention Towers
                                                                   43 Court Street
                                                                   Suite 610
                                                                   Buffalo, New York 14202
                                                                   (716) 430-3203 [mobile]
                                                                   johnange112@outlook.com