IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                      23-CR-99-JJM-EAW

SIMON GOGOLACK, et al.,

                  Defendants.

## **MOTION FOR AN EXTENSION OF TIME TO FILE**

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Casey L. Chalbeck, Assistant United States Attorney, of counsel, hereby moves this Court for an extension of time to file the government's response to the Court's sealed Order to Show Cause, ECF No. 606, (dated Sept. 15, 2025) (redacted version).

In its Order to Show Cause, the Court provided the government one week, or until September 22, 2025, to explain why certain Grand Jury materials should not be disclosed.[1] The undersigned counsel requests until September 29, 2025, to file the government's response to the Court's order for two reasons. First, the undersigned counsel will be out of the office for part of Thursday, September 18, 2025, and all of Friday, September 19, 2025, for an out-of-district medical appointment. Second, the government requires more than five business days to adequately respond to the Court's analysis. Accordingly, the government respectfully asks that the Court extend its deadline to respond to the Court's Order to Show Cause until September 29, 2025.

---

[1] The Court had previously advised that if it were to order the disclosure of Grand Jury material, it would issue its order under seal and afford the government an opportunity to appeal. Through its Order to Show Cause, the Court appears to have altered the protocol it initially outlined for the parties.

DATED: Buffalo, New York, September 16, 2025

                                                  Michael DiGiacomo
                                                  United States Attorney

BY:   s/ CASEY L. CHALBECK
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       (716) 843-5881
       Casey.Chalbeck@usdoj.gov