**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **MOTION FOR JOINDER IN CO-DEFENDANTS' MOTIONS REGARDING EXTENTION OF TIME AND _BRADY_ VIOLATIONS** |
| Plaintiff, | |
| v. | |
| **SIMON GOGOLACK, et al.,** | **Indictment No.: 23-CR-99** |
| Defendant. | |

**PLEASE TAKE NOTICE,** that Defendant Gogolack joins in Co-Defendants' Motion for an extension of time to respond to the government's Motion _in Limine_ and Pretrial Submission and preclusion of evidence based on _Brady_ violations.

DATED:    Buffalo, New York
            April 24, 2026

                                    Respectfully submitted,

                                    Peter M. Kooshoian, Esq.
                                    Rosenthal, Kooshoian & Lennon, LLP
                                    **Attorneys for Defendant**
                                    **SIMON GOGOLACK**
                                    80 West Huron Street
                                    Buffalo, New York 14202
                                    (716) 854-1300

TO:    Hon. Elizabeth A. Wolford
        United States District Court Judge
        U.S. Courthouse
        2 Niagara Square
        Buffalo, New York 14202

**Rosenthal, Kooshoian & Lennon, LLP**
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300

Casey L. Chalbeck, Esq. and Nicholas Cooper, Esq.
Assistant United States Attorneys
United States Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, New York 14202

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**SIMON GOGOLACK, et al.,**

        **Defendant.**

**ATTORNEY AFFIRMATION**

**Indictment No.: 23-CR-99**

---

**PETER M. KOOSHOIAN, ESQ.**, declares under penalty of perjury the following:

1.    I am an attorney at law duly licensed to practice in the United States District Court for the Western District of New York.  Nicholas Texido, Esq. and I represent the Defendant, SIMON GOGOLACK, in the above-captioned matter and are fully familiar with the facts and circumstances surrounding this case.

2.    I make this declaration in support of the motion to join the supplemental memorandum and/or motions of Co-Defendants, Roncone, Gerace, Ermin and Knight, regarding *Brady* disclosures and for an extension of time to file a response to the government's 121 page Motion *in Limine* and Pretrial Submission.  Mr. Gogolack adopts the facts and arguments set forth in the aforementioned Co-Defendants' Motions with respect to *Brady* and an extension of time to respond to the government's Motion *in Limine* and Pretrial Submissions.  Mr. Gogolack is not seeking an adjournment of the trial as a remedy.  Rather, Ms. Gogolack is seeking preclusion of any evidence that he offered hitman services to Bernard Byrd.

*Rosenthal, Kooshoian & Lennon, LLP*
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300

3.    The government alleged Mr. Gogolack offered hitman services to Bernard Byrd through test messages offering to detail cars, clean houses, dress people up nice and start a nice small business.

4.    On January 9, 2024, the FBI did a recorded interview of Mr. Byrd regarding the aforementioned text messages. (See copy of recording attached hereto.)

5.    The interview was conducted by Special Agent Keith Bender, Supervisory Special Agent Clint Winters and Task Force Officer William Granville.  When asked about the aforementioned text messages, Mr. Byrd denied "detailing cars" was slang. (40:30 into the interview)  Dressing people up means stealing. (40:15 into the interview)  He has a number of businesses, including a cleaning business called "Proclean.". (55:08 into the interview)  Mr. Gogolack never told Byrd he would kill anybody for him. (40:59 into the interview)

6.    The aforementioned evidence directly contradicts the government's narrative and is clearly *Brady* material.

7.    The interview occurred at Roswell Park where Mr. Byrd was treated for cancer.  Also present for the interview, was Mr. Byrd's girlfriend, Adrianna Wilson, and another person that sounded like it may be his mother.

8.    Subsequent to the interview, Mr. Byrd passed away from cancer.

9.    While preparing a response to the government's Pretrial Submission and Motion *in Limine,* your deponent attempted to locate the 302 pertaining to this interview in order to contact the other individuals present for the interview as their contact information would likely be in an FBI 302 and is also *Brady* material.

10.    Your deponent reached out to a AUSA Nicholas Cooper who advised he spoke with the FBI and there is no 302 pertaining to this interview.

11.    Your deponent did provide Mr. Cooper with a FBI report which specifically states "an FD 302, report of interview, to include the executed FD 395 for the above referenced interview is documented under separate cover to the captioned file." (See copy of report attached hereto as **Exhibit B**.)

12.    This report was provided to AUSA Nick Cooper for purposes of assisting him in locating the 302.

13.    Despite the fact that the interview was conducted by a Special Agent in the FBI as well as a Supervisory Special Agent in the FBI; there's a report specifically stating a 302 does exist and the information which it seemingly contradicts is heavily relied on by the government, this 302 seems to have vanished.

14.    While your deponent is not claiming the United States Attorney's Office has done anything improper with regard to failing to disclose the 302, it appears it does exist and was either lost or destroyed by the FBI.

15.    Therefore, your deponent is respectfully requesting any information pertaining to an allegation that Mr. Gogolack provided "hitman services" to Bernard Byrd be precluded from the trial of this matter a remedy for this _Brady_ violation.

16.    Additional arguments for preclusion will also be made in Mr. Gogolack's response to the government's Motion _in Limine_ and Pretrial Submission for which Mr. Gogolack requires an extension of time to complete.

**WHEREFORE**, it is respectfully requested the Court grant the relief herein, together with any and other further relief as the Court deems just and proper.

_____
Peter M. Kooshoian, Esq.

Sworn before me this 24th
day of April, 2026.

_____
Notary Public

GARNET L. KELLY
Notary Public-State of New York
No. 01KE6296174
Qualified in Erie County
Commission Expires January 27, 20 30

*Rosenthal, Kooshoian & Lennon, LLP*
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300

# EXHIBIT A

\* Provided digitally

# EXHIBIT B

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___01/24/2024___

Bernard BYRD III, date of birth (DOB), ███████████ cellular telephone numbers (313)929-7705 and (716) 559-5689, was located at 665 Elm Street, Room 616, Buffalo, New York, and arrested without incident by members of the FBI-Buffalo Safe Streets Task Force (SSTF) pursuant to a federal arrest warrant issued in the Western District of New York. The following are events noted during the arrest of BYRD and the approximate times of those events:

4:00 p.m.: BYRD was located in a hospital bed in room 616 and advised that he was indicted in the Western District of New York, and placed under arrest by Special Agent (SA) Keith E. Bender. Also present were Supervisory Special Agent (SSA) Clint Winters, and Task Force Officer (TFO) William Granville.

4:55 p.m.: BYRD's girlfriend, Adrianna Wilson arrived at the hospital and was allowed to be present in the room with BYRD.

5:24 p.m.: A recorded, custodial interview was initiated after the execution of an FD-395 Advice of Rights, which was acknowledged and waived via BYRD's signature.

**[Writer's Note - An FD-302, Report of Interview, to include the executed FD-395 for the above referenced interview is documented under separate cover to the captioned file]**

6:33 p.m.: Supervisory Special Agent (SSA) Clint Winters and SA Bender had a telephonic conference call with AUSA Joseph Tripi, and Magistrate Judge Jeremiah McCarthy, SSA Winters and SA Bender advised that BYRD's medical condition was such that US Marshal Lee Eckenrode determined that BYRD would

**GOVERNMENT EXHIBIT 3512L**

Investigation on __01/09/2024__ at Buffalo, New York, United States (In Person)

File # 281P-BF-3552646, 58A-BF-3179872-DEATH_QUINN                Date drafted __01/11/2024__

by Keith Edward Bender

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

58A-BF-3179872-DEATH_QUINN Serial 277

FD-302a (Rev. 5-8-10)

281P-BF-3552646

(U) Arrest of Bernard BYRD III on

Continuation of FD-302 of  01/09/2024 _____ , On   01/09/2024  , Page   2 of 2

not be able to be housed overnight in any of the detention facilities contracted by the USMS, WDNY. Judge McCarthy ordered BYRD released on his own recognizance, with instructions to appear in Judge McCarthy's courtroom for BYRD's initial appearance on 9/10/2023 at 9:30 a.m.

6:48 p.m.: BYRD was released to Wilson's care after being discharged from the hospital. BYRD was advised that SA Bender would provide BYRD a ride to the federal courthouse at 8:30 a.m. on 9/10/2024. BYRD was further advised to avoid leaving his residence until that time.

**[Writer's Note - BYRD was in possession of a Samsung cellular telephone (716-559-5689) at the time of his arrest. This item was transported to the FBI-Buffalo Main Office located at 1 FBI Plaza, Buffalo, NY and placed into evidence. The FD-597, Receipt for Property Seized, is hereby enclosed in the associated 1A.]**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

                    **Plaintiff,**                                    **CERTIFICATE OF SERVICE**

**v.**                                                                 **Indictment No.: 1:23-CR-99**

**SIMON GOGOLACK**, et al.,

                    **Defendant.**

---

Peter M. Kooshoian, Esq., an employee with the office of Rosenthal, Kooshoian & Lennon, LLP located at 80 West Huron Street, Buffalo, New York 14202-3093 affirm to be true and state under penalty of perjury that on April 24, 2026 a **Motion for Joinder in Co-Defendants' Motions Regarding Extension of Time and _Brady_ Violations and Attorney Affidavit** were electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1.    Hon. Elizabeth A. Wolford
       United States District Court Judge

2.    Casey L. Chalbeck, Esq.
       Assistant United States Attorney

3.    Nicholas Cooper, Esq.
       Assistant United States Attorney

                                                              Peter M. Kooshoian

Sworn before me this 24th
day of April, 2026.

                                        GARNET L. KELLY
_____                 Notary Public-State of New York
Notary Public                           No. 01KE6296174
                                        Qualified in Erie County
                                        Commission Expires January 27, 20 30

---

*Rosenthal, Kooshoian & Lennon, LLP*
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300