# TEXIDO LAW



**Nicholas T. Texido, Esq.**
Owner/Attorney
nick@texidolawwny.com

**Thomas J. Heubusch, Esq.**
Attorney
tom@texidolawwny.com

**Connor C. Dougherty, Esq.**
Attorney
connor@texidolawwny.com

**Brianna Ruffin**
Legal Assistant
brianna@texidolawwny.com

**Kathryn Houle**
Legal Assistant
kathryn@texidolawwny.com

July 7, 2026

Hon. Elizabeth A. Wolford, Chief Judge
United States District Court, Western District of New York

**Via Docket Upload**

> Re:  United States v. Simon Gogoloack, 23-CR-99
> Response to Government's Motion to Dismiss Count 10

Your Honor:

We are in receipt of the Government's Motion to Dismiss Count 10 (Dkt. 1060).  We have no opposition to that motion.

As always, we thank the Court for its time, courtesy, and professionalism.

Very truly yours,

NICHOLAS T. TEXIDO, ESQ.
*Attorney for Simon Gogolack*

cc:    AUSA Nicholas T. Cooper, Esq.
        AUSA Casey L. Chalbeck, Esq.

**Texido Law**
**69 Delaware Avenue, Suite 1100**
**Buffalo, New York 14202**

**Office:  716-306-5251**
**Web:  www.texidolawwny.com**
**Fax: 716-270-2731**